**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JEANIE R. G.,**

      **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

Civil Action 2:21-cv-5445
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

**OPINION AND ORDER**

Plaintiff, Jeanie R. G. brought this action under 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying her application for Supplemental Security Income benefits. The Magistrate Judge issued a Report and Recommendation on Plaintiff's Statement of Errors (ECF No. 7), the Commissioner's Memorandum in Opposition (ECF No. 8), Plaintiff's Reply (ECF No. 9), and the administrative record (ECF No. 6) and recommended that the Court reverse the Commissioner's non-disability determination and remand this matter to the Commissioner and the ALJ.

The time for objection has passed and no objection has been filed. For the reasons set forth by the Magistrate Judge, the Court **REVERSES** the Commissioner's non-disability finding, and **REMANDS** this case to the Commissioner and the ALJ pursuant to Sentence Four of 42 U.S.C. § 405(g). This Court **ADOPTS** the Report and Recommendation.

      **IT IS SO ORDERED.**

**10/3/2022**
**DATE**

                                                **s/Edmund A. Sargus, Jr.**
                                                **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**